GUIDRY, J.,
concurring in part and dissenting in part.
hi disagree with the majority’s pronouncement that the information that may be deemed “otherwise confidential” under La. R.S. 40:2532 is subject to the discretionary determination of the chief of police. Rather, I believe any information deemed “otherwise confidential” under La. R.S. 40:2532 refers to other provisions in the Public Records Act or the Louisiana Constitution that declare the information to be confidential. See La. R.S. 44:4.1.
To the extent the information not disclosed has not been deemed confidential pursuant to the Public Records Act or the Louisiana Constitution, I respectfully dissent from the majority’s expansive interpretation of La. R.S. 40:2532 to provide that such a declaration of confidentiality is left to the discretion of the chief of police. I otherwise concur in the majority opinion.